JAMS  
600 University Street  
Suite 1910  
Seattle, WA 98101-4115  
(206) 622-5267

Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jeffries, Alan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Seattle, et al.,<br><br>　　　　Defendants | JAMS Ref No. 1160019383<br>Cause No. 11-cv-01434-RSL<br>NOTICE OF OCCURRENCE<br>OF ALTERNATIVE DISPUTE<br>RESOLUTION |

Pursuant to CR 39.1(c)(6) notice is hereby given that on July 8, 2013, the parties participated in a mediation. The case is now resolved.

DATED this 10th day of July, 2013.

_____  
Judge Terry Lukens (Ret.)  
Mediator